# Third District Court of Appeal

## State of Florida

Opinion filed December 3, 2014

Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2601

Lower Tribunal Nos. F11-22483 & F08-35131A

_____


**William A. Rocha,**

Appellant,

vs.

**The State of Florida,**

Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, William L. Thomas, Judge.


William A. Rocha, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before WELLS, ROTHENBERG and EMAS, JJ.

WELLS, Judge.

William Rocha appeals from an order which he claims was rendered on October 16, 2014 on his Motion to Correct Sentence to award credit for time served in Circuit Court case numbers F08-35131A and F11-22483. Neither the order attached to Rocha's notice of appeal nor any other order entered below bear an October 16, 2014 date nor does the record reflect any order rendered on that date. Because two orders were entered below addressing motions to correct sentence related to credit for time served—one dated August 14, 2014 and rendered that same day, the other dated September 4 and also rendered that same day—one of which appears to accord Rocha credit for all of the time he had served prior to his latest plea,[1] we dismiss this appeal without prejudice to allow Rocha to

---

[1] The record shows that Rocha has filed at least three motions addressing his sentence in the two cases at issue. The first of these motions was a Motion to Clarify filed on May 7, 2014 and addressed whether his sentences on these two cases would be served consecutively or concurrently. That motion was denied on August 13. The second of these motions was filed on August 8, 2014 and addressed whether Rocha was entitled to credit for all of the time he had served in these two cases or whether he was entitled to credit only from August 25, 2011. This motion was denied on August 13, 2014 with the trial court finding that the "plea colloquy shows that the sentencing judge awarded the defendant credit for time served from August 25, 2011 on F11-22483 and he is not entitled to any more credit for time served."

The third motion titled Corrected Motion to Correct Sentence is dated August 27, 2014 and argues that the plea colloquy shows that the sentencing judge stated that Rocha was entitled to "all credit" for time previously served. It is this corrected motion that appears to be the genesis of the September 4 order according Rocha credit for time served not just from August 25, 2011 but for time served between 9/23/08 to 2/4/09; 2/18/09 to 3/13/09; 11/1/09 to 1/3/10; 11/11/09 to 11/23/09; and 8/5/10 to 9/15/10 as well. Since we cannot discern whether this last order (or any other for that matter) resolves any issues regarding credit for time served or whether there are additional issues regarding this or any other order

seek a belated appeal of the order which he claims to be in error and to attach a copy of that order to his notice of appeal.

Dismissed without prejudice.

about which Rocha wishes to have reviewed, we dismiss the instant appeal without prejudice.